UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-0486M-01 (CR) |
| | : | |
| MARC MUSE, | : | VIOLATIONS:  18 U.S.C. §1341 |
| Defendant. | : | (Mail Fraud Scheme to Obtain Money); |
| | : | 22 D.C. Code §§ 3211, 3212(b) |
| | : | (Second Degree Theft) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

From on or about December 2000, and continuing to on or about May 2004, the defendant, **MARC MUSE,** devised a scheme for obtaining money by means of fraudulent representations and for the purpose of executing such scheme did use the U.S. mails on or about April 2004.

(**Mail Fraud Scheme to Obtain Money**, in violation of Title 18, United States Code, Section 1341)

### COUNT TWO

From on or about December 2000, and continuing to on or about May 2004, the defendant, **MARC MUSE**, did wrongfully obtain and use property of value, consisting of unemployment insurance payments, with the intent to appropriate the property for his own use.

(**Second Degree Theft**, in violation of Title 22, District of Columbia Code, Sections 3211 and 3212(b))

        JEFFREY A. TAYLOR
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 498610

By: _____
     TIMOTHY J. KELLY
     Assistant United States Attorney
     Bar No. 462459
     Federal Major Crimes Section
     555 4th Street, N.W.
     Washington, D.C. 20530
     (202) 353-8822
     Tim.Kelly@usdoj.gov