CO-526
(12/86)

**FILED**

FEB 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   )
                           )
                           )
        vs.                )   Criminal No. 07-326
                           )
   Marc Muse               )
_____)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
       Defendant

_____
   Counsel for defendant

I consent:

_____
   United States Attorney

Approved:

_____
         Judge