AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
FEB 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

*Marc Muse*

**WAIVER OF INDICTMENT**

CASE NUMBER: *07CR 326*

I, *Marc Muse*, the above named defendant, who is accused of

*mail Fraud    18 USC § 1341*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *February 21, 2008* (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer