UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-326 (HHK) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 1341 |
| | : | (Mail Fraud Scheme to Obtain Money) |
| | : | 22 D.C. Code §§ 3211, 3212(b) |
| MARC MUSE | : | (Second Degree Theft) |
| Defendant. | : | |

**UNITED STATES' UNOPPOSED MOTION TO
ALLOW THE ROUTINE PROCESSING OF THE DEFENDANT**

  The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests an order to permit the routine administrative processing of the defendant in this case on May 28, 2008 at 11:00 a.m.  In support of this motion, the United States submits that:

  1. The defendant plead guilty to the charge of Second Degree Theft, in violation of 22 D.C. Code §§ 3211, 3212(b), before this Court on February 21, 2008, and has not yet completed the necessary administrative processing by law enforcement, which would include booking, fingerprinting, and photographing.  The defendant was not detained pending his sentencing date, which has been set for June 20, 2008 at 11:30 a.m.

  2. The undersigned government counsel has spoken with the attorney for the defendant, Danielle Jahn, Esq., and she represented that the defendant does not oppose this

motion.  In addition, the parties have coordinated and propose the date of May 28, 2008, at 11:00 a.m. for such routine processing to take place.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY

                    /s/

By:   OPHER SHWEIKI
      Assistant United States Attorney
      Bar No. 458776
      Federal Major Crimes Section
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 353-8822
      Opher.Shweiki@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 07-326 (HHK) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 1341 |
| | : | (Mail Fraud Scheme to Obtain Money) |
| | : | 22 D.C. Code §§ 3211, 3212(b) |
| **MARC MUSE** | : | (Second Degree Theft) |
| **Defendant.** | : | |

ORDER

Upon unopposed motion of the Government, and for good cause shown, it is ORDERED:

That defendant, Marc Muse, on May 28, 2008, at 11:00 a.m., be accompanied by Special Agent Bryan Chase of the District of Columbia Office of Inspector General to the First District Police Station, at 415 4th Street, S.W., Washington, D.C. 20024, for the purpose of booking, fingerprinting, photographing, and other necessary processing in this case, and that this processing be a condition of the defendant's current release conditions.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT COURT JUDGE