FILED

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-326 (HHK) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 1341 |
| | : | (Mail Fraud Scheme to Obtain Money) |
| | : | 22 D.C. Code §§ 3211, 3212(b) |
| MARC MUSE | : | (Second Degree Theft) |
| Defendant. | : | |

ORDER

Upon unopposed motion of the Government, and for good cause shown, it is ORDERED:

That defendant, Marc Muse, on May 28, 2008, at 11:00 a.m., be accompanied by Special Agent Bryan Chase of the District of Columbia Office of Inspector General to the First District Police Station, at 415 4th Street, S.W., Washington, D.C. 20024, for the purpose of booking, fingerprinting, photographing, and other necessary processing in this case, and that this processing be a condition of the defendant's current release conditions.

_/s/ Henry Kennedy_
HENRY H. KENNEDY
UNITED STATES DISTRICT COURT JUDGE

Dated: 5/27/08