HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUN 2 0 2008**

Y MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-326 |
| vs. | : | SSN: |
| MUSE, Marc | : | Disclosure Date: **May 16, 2008** |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    ( )     There are no material/factual inaccuracies therein.
    ( )     There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                 _____
Prosecuting Attorney                                                  Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
    (✓)     There are no material/factual inaccuracies therein.
    ( )     There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Marc Muse*     5-23-08                           *Dani Jahn*     5/23/08
Defendant          Date                                Defense Counsel     Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 30, 2008**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Chief
        United States Probation Officer